| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Casandra Dupree** | | Social Security number or ITIN | xxx–xx–9221 |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Alabama** | | Date case filed for chapter **13** | |
| Case number: | 16–33422 | | **December 2, 2016** | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case 12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**No one in the bankruptcy clerk's office may give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Casandra Dupree | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 155 Sylvest Drive<br>Apt 1202<br>Montgomery, AL 36117 | |
| 4. | **Debtor's attorney**<br>Name and address | Richard D. Shinbaum<br>Shinbaum & Campbell<br>P.O. Box 201<br>Montgomery, AL 36101 | Contact phone 334–269–4440<br>Email: rshinbaum@smclegal.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Sabrina L. McKinney [Acting]<br>P.O. Box 173<br>Montgomery, AL 36101 | Contact phone 334–262–8371 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | One Church Street<br>Montgomery, AL 36104 | Hours open 8:30 AM – 4:00 PM<br>Contact phone 334–954–3800<br>Date: December 3, 2016 |

**For more information, see page 2 >**

Case 16-33422   Doc 12   Filed 12/07/16   Entered 12/08/16 00:28:35   Desc Imaged
Certificate of Notice    Page 1 of 3

| | | |
|---|---|---|
| Debtor **Casandra Dupree** | | Case number **16–33422** |

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 19, 2017 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Valid photo identification required.**<br>**No cell phones or cameras will be allowed in the building.** | **Location:**<br>**Frank M. Johnson, Jr. Federal Courthouse, (Lee St. entrance), Sec. 341 Meeting Room (105), Montgomery, AL 36104** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: March 20, 2017** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: April 19, 2017** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline:** _____ |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. <u>Claims can be filed electronically through the court's website at: www.almb.uscourts.gov/electronic–proof–claim.</u><br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held:<br>Date: **February 27, 2017**, Time: **09:30 AM**, Location: **U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

In re:                                                              Case No. 16-33422-DHW
Casandra Dupree                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 1127-2          User: admin              Page 1 of 1              Date Rcvd: Dec 05, 2016
                              Form ID: 309I            Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2016.
db          +Casandra Dupree,    155 Sylvest Drive,    Apt 1202,    Montgomery, AL 36117-2847
3664916      Always Money,    447 N.E Blvd,    Montgomery, AL 36117
3664918     +BAPTIST MEDICAL CENTER,    2105 EAST SOUTH BOULEVARD,    MONTGOMERY, AL 36116-2409
3664919     +BAPTIST MEDICAL CENTER EAST,    C/O HCBC,    1286 CARMICAHEL WAY,    Montgomery, AL 36106-3645
3664921     +CHAMBLESS & MATH,    P.O. BOX 230759,    MONTGOMERY, AL 36123-0759
3664922     +CHECK INTO CASH,    6146 ATLANTA HWY,    Montgomery, AL 36117-2800
3664923     +COVINGTON CREDIT,    543 N. EASTERN BLVD,    Montgomery, AL 36117-2213
3664924     +DIRECMANAGEMENT,    4320 DOWNTOWNER LOOP, STE A,    Mobile, AL 36609-5447
3664913      EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
3664915      EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
3664925     +HOLLOWAY CREDIT SOLUTION,    1286 CARMICHAEL WAY,    Montgomery, AL 36106-3645
3664927     +MONTGOMERY ANESTHESIA ASSOC.,    1725 Pine Street,    MONTGOMERY, AL 36106-1109
3664928     +MONTGOMERY DENTISTRY,    4790 WOODMERE BLVD,    Montgomery, AL 36106-3065
3664929     +Montgomery Pathology,    P.O. Box 159,    Coosada, AL 36020-0159
3664930     +Montgomery Surgical Center,    470 Taylor Road,    Suite 100,    Montgomery, AL 36117-3532
3664931     +Physicians for Women,    287 Mitylene Park Drive,    Montgomery, AL 36117-3547
3664933     +RICHARD DEAN, ESQ.,    P.O. BOX 1028,    MONTGOMERY, AL 36101-1028
3664935     +Security Finance,    6156 Atlanta Highway,    Montgomery, AL 36117-2800
3664936     +TOWER LOAN,    P.O. BOX 241264,    Montgomery, AL 36124-1264
3664914      TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19022-2000
3664937     +WELLS FARGO,    2520 Eastern By Pass,    Montgomery, AL 36117-1552
3664938     +WEST CREEK,    PO BOX 5518,    Glen Allen, VA 23058-5518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: rshinbaum@smclegal.com Dec 05 2016 21:37:19      Richard D. Shinbaum,
               Shinbaum & Campbell,    P.O. Box 201,    Montgomery, AL  36101
tr          +E-mail/Text: trustees_office@ch13mdal.com Dec 05 2016 21:39:21      Sabrina L. McKinney [Acting],
               P.O. Box 173,    Montgomery, AL 36101-0173
3664917     +E-mail/Text: aharmon@mstpf.com Dec 05 2016 21:38:54      APPROVED CASH ADVANCE,
               5883 ATLANTA HWY,    Montgomery, AL 36117-2103
3664920     +EDI: CAPONEAUTO.COM Dec 05 2016 21:13:00      CAPITAL ONE AUTO,    7933 Preston Road,
               Plano, TX 75024-2359
3664926     +EDI: CBSKOHLS.COM Dec 05 2016 21:13:00      KOHLS CREDIT ADMINISTRATOR,    PO BOX 3120,
               Milwaukee, WI 53201-3120
3664932     +E-mail/Text: newbk@Regions.com Dec 05 2016 21:38:33      REGIONS BANK,    PO BOX 11007,
               Birmingham, AL 35288-0001
3664934     +EDI: DRIV.COM Dec 05 2016 21:13:00      SANTANDER CONSUMER USA,
               8585 N. STEMMONS FWY, STE 1100-N,    Dallas, TX 75247-3822
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2016 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0