UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                    Case No. 16-33422-DHW
                                         Chapter 13
CASANDRA DUPREE,

    Debtor.

## ORDER ALLOWING WITHDRAWAL

Debtor filed a motion (Doc. #16) for contempt against West Creek. The matter came for hearing on February 13, 2017. At the hearing, debtor requested to withdraw the motion. Accordingly, it is

ORDERED that the motion is WITHDRAWN.

Done this 13th day of February, 2017.

*Dwight A. Williams, Jr.*
Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:  Debtor
    Richard D. Shinbaum, Attorney for the Debtor
    Sabrina L. McKinney, Acting Trustee
    West Creek, Creditor

In re:                                                                  Case No. 16-33422-DHW
Casandra Dupree                                                         Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 1127-2　　　User: kcopeland　　　Page 1 of 1　　　Date Rcvd: Feb 13, 2017
　　　　　　　　　　　　Form ID: pdfSOME　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2017.
db　　　　　+Casandra Dupree,    155 Sylvest Drive,    Apt 1202,    Montgomery, AL 36117-2847
3664938　　+WEST CREEK,    PO BOX 5518,    Glen Allen, VA 23058-5518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2017　　　　　　　　　　　　　　　　　Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2017 at the address(es) listed below:
　　　　　Bankruptcy Administrator    ba@almb.uscourts.gov
　　　　　Richard C. Dean, Jr.    on behalf of Creditor    Ambulatory Anesthesia rdean@mindspring.com,
　　　　　 babbott@deanlawfirm.org
　　　　　Richard D. Shinbaum    on behalf of Debtor Casandra  Dupree rshinbaum@smclegal.com,
　　　　　 scarter@smclegal.com;cthornton@smclegal.com
　　　　　Sabrina L. McKinney [Acting]    trustees_office@ch13mdal.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 4